UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHANTOU PHAY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 24-cv-50290
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Movant, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 14, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126